JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR  99-499 JCC |
| Plaintiff, | ) | |
| vs. | ) | ORDER TO PERMIT DEFENDANT TO TEMPORARILY LEAVE THE JUDICIAL DISTRICT FOR PURPOSES OF EMPLOYMENT |
| ADAM CAMERON SULLIVAN, | ) | |
| Defendant. | ) | |

This matter having come before the Court on the motion of the defendant to permit defendant to temporarily leave the judicial district for the purposes of employment, the Court having reviewed the motion, declaration of defendant's counsel, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3564(c) that permitting the defendant to temporarily leave the judicial district for the purposes of employment is warranted by the conduct of the defendant and in the interests of justice;

IT IS THEREFORE ORDERED the defendant, Adam Cameron Sullivan, be allowed to temporarily leave the judicial district for the purposes of employment.

(PROPOSED) ORDER TO PERMIT
DEFENDANT TO TEMPORARILY LEAVE JUDICIAL
DISTRICT FOR PURPOSES OF EMPLOYMENT
(*Adam Sullivan;* #99-499JCC)                   1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1   IT IS FURTHER ORDERED that the defendant must provide the probation
2   department with an itinerary <u>2 weeks</u> prior to domestic travel, and <u>3 weeks</u> prior to
3   international travel and telephone the same within 24 hours of his return.  Defendant may
4   have up to ten calendar days per destination.

5   IT IS FURTHER ORDERED that all other conditions of supervision remain in full
6   force and effect.

7   The Clerk of the Court is directed to send copies of this Order to all counsel of
8   record, and to the United States Probation Office.

9   IT IS SO ORDERED.

11   DONE this 17th day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER TO PERMIT
DEFENDANT TO TEMPORARILY LEAVE JUDICIAL
DISTRICT FOR PURPOSES OF EMPLOYMENT
(*Adam Sullivan;* #99-499JCC)     2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100